IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JAMES BRADLEY, | |
|---|---|
| Plaintiff, | **8:19CV132** |
| vs. | |
| UNION PACIFIC RAILROAD COMPANY, | **ORDER** |
| Defendant. | |

This matter is before the court on the parties' stipulation for dismissal, [Filing No. 17](). Accordingly,

IT IS ORDERED that this case is dismissed without prejudice, each party to bear their own costs.

Dated this 4th day of October, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge